UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

Elizabet Renaud,　　　　　　　　　　　　　　Case No. 14-50037-PJS
　　　　　　　　　　　　　　　　　　　　　　Chapter 7
　　　　　　Debtor.　　　　　　　　　　　　Hon. Phillip J. Shefferly
_____/

**ORDER APPROVING SETTLEMENT AND PAYMENT
OF ATTORNEY'S FEES, LITIGATION COSTS, AND LIENS**

This matter is before the Court on the Trustee's motion. Notice of the motion was served on creditors and interested parties, and no responses were timely filed.

IT IS ORDERED as follows:

A. The proposed compromise of the estate's claims in a mass tort product liability lawsuit against American Medical Systems, Inc. ("AMS") proceeding in the U.S. District Court for the Southern District of West Virginia for $104,462 (the "Settlement Amount") is approved.

B. The following administrative expenses are approved and may be paid from the Settlement Amount:

　　1.　5% MDL Common Benefit Fees per Court Order;

　　2.　Special counsel's contingency fee in the amount of $36,398.03;

　　3.　Special counsel's costs in the amount of $1,801;

　　4.　$500 holdback to be used to pay for a bankruptcy coordination fee;

　　5.　Pro rata share of common expenses in the amount of $175.10; and

6. $6,333.99 holdback to be used to pay medical lien to Molina (MI MCO).

C. The balance of the settlement funds remaining after deduction of the above administrative expenses and liens will be promptly delivered to "Karen E. Evangelista, Trustee" c/o Tracy M. Clark, Esq., Steinberg Shapiro & Clark, 25925 Telegraph Rd., Suite 203, Southfield, Michigan 48033.

D. The Trustee may execute such documents and agreements as may be necessary and appropriate to implement, effectuate, and consummate the settlement.

**Signed on November 17, 2015**

/s/ Phillip J. Shefferly
**Phillip J. Shefferly
United States Bankruptcy Judge**